THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00120-MR

| | |
|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE HOLCOMBE WILSON and JANET WELLS, as Administrator of the ESTATE OF WESLEY A. WELLS,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Leave to Retain Funds Subject to Legal Hold [Doc. 3].

For the reasons stated by the Plaintiff, and good cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Leave to Retain Funds Subject to Legal Hold [Doc. 3] is **GRANTED**. The Plaintiff shall retain and administer the Accounts which are the subject of this interpleader action, subject to a legal hold preventing distribution of the funds in the Accounts until the Court issues an Order identifying the proper recipient(s) and instructing the Plaintiff as to the proper owner of the funds.

**IT IS SO ORDERED.**   Signed: May 29, 2017

Martin Reidinger
United States District Judge